DOROTHY P. NEWHOUSE v. STATE OF NEW JERSEY, BOARD OF TRUSTEES, TEACHERS' PENSION & ANNUITY FUND.

December 7, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE J. MC GINNIS.

December 7, 1978. Petition for certification denied.

COLLEEN DANIELS v.
HACKENSACK HOSPITAL ASSOCIATION.

December 7, 1978. Petition for certification denied.

HENRY SHOTMEYER v. WILLIAM STEEG.

December 7, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD H. BANKS.

December 7, 1978. Petition for certification denied.

HENRY RAMER v. BRENDAN T. BYRNE.

December 7, 1978. Petition for certification denied. (See 162 *N. J. Super.* 455)